# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

Andrew H. Sherman
Member of the Firm
Direct Dial: (973) 643-6982
E-mail: asherman@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

December 2, 2008

Hon. Peter G. Sheridan
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

SO ORDERED: /s/ Peter Sheridan
DATED: 12/3/08

Re: IJKG, LLC v. Bayonne Medical Center, et al. (2:08-cv-05313)

Dear Judge Sheridan:

This firm represents the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned matter. We have reached an agreement with Fox Rothschild LLP, attorneys for IJKG, LLC (the "Appellant"), to extend the briefing schedule in light of the recent Thanksgiving holiday. The deadline for the Appellee's brief is currently December 8th, 2008. The deadline for the Appellant's reply brief is currently December 18th, 2008. The new deadlines will be December 15th, 2008, and December 29th, 2008, respectively, subject to the Court's approval. To the extent you have any questions or concerns, please contact me.

Regards,

/s/ Andrew H. Sherman
Andrew H. Sherman

cc: Samuel H. Israel
Stephen V. Falanga
Adam C. Rogoff
Gerald H. Gline
J. Alex Kress